FILED

2010 JUN 28 PM 2 17

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No.  CR 10-52-GF-SEH |
| vs. | ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |
| TARIES MERIE STROOP, | |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this **28th** day of June, 2010.

Sam G Haddon

SAM E. HADDON
United States District Judge

-1-